**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| COSI, INC., *et al.*[1] | Case No. 20-10417 (BLS) |
| Debtors. | (Joint Administration Requested) |

**NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the below attorneys enter their appearance, pursuant to section 1109(b) of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Local Bankruptcy Rule 2090-1, on behalf of Gordon Food Service, Inc. The below attorneys request, pursuant to Bankruptcy Rules 2002, 3017, and 9007, and sections 342, 1102(a)(1), and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served at the address, facsimile number, or electronic mail addresses set forth below. Pursuant to Bankruptcy Rule 7005 and Local Bankruptcy Rule 5005-4(c), the undersigned counsel for Gordon Food Service, Inc. opts-in to electronic service at the email addresses set forth below:

| | |
|---|---|
| Jason M. Torf<br>**Ice Miller LLP**<br>200 W. Madison Street, Suite 3500<br>Chicago, IL 60606<br>Facsimile: (312) 726-6214<br>Telephone: (312) 726-6244<br>jason.torf@icemiller.com | John C. Cannizzaro<br>**Ice Miller LLP**<br>250 West Street, Suite 700<br>Columbus, OH 43215<br>Facsimile: (614) 232-6923<br>Telephone: (614) 462-1070<br>john.cannizzaro@icemiller.com |

---

[1] The Debtors in these Chapter 11 Cases are the following entities (the last four digits of each Debtor's respective federal tax identification number, if any, follow in parentheses): Cosi, Inc. (3745); Xando Cosi of Maryland, Inc. (2196); Cosi Sandwich Bar, Inc. (0910); Hearthstone Associates, LLC (6267); Hearthstone Partners, LLC (9433); Cosi Franchise Holdings LLC (6984); and Cosi Restaurant Holdings LLC (3461). The Debtors' corporate headquarters are located at 500 Rutherford Avenue, Suite 130, Charlestown, MA 02129.

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, electronically, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this notice of appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Gordon Food Service, Inc.'s (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Gordon Food Service, Inc. is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

[remainder of page intentionally left blank]

Dated: February 25, 2020          **ICE MILLER LLP**
        Chicago, Illinois

                                   \s\ Jason M. Torf

Jason M. Torf
200 W. Madison Street, Suite 3500
Chicago, IL 60606
Telephone: (312) 726-6244
Facsimile: (312) 726-6214
jason.torf@icemiller.com

*Counsel to Gordon Food Service, Inc.*