# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| COSI, INC., *et al.,*[1] | ) | Case No. 20--10417 (BLS) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |

### NOTICE OF (I) FILING OF BANKRUPCTY PETITIONS AND RELATED DOCUMENTS AND (II) HEARINGS ON FIRST DAY MOTIONS SCHEDULED FOR FEBRUARY 26, 2020 AT 11:00 A.M. (ET)

**PLEASE TAKE NOTICE** that on February 24, 2020, Cosi, Inc. and it debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors-in-possession (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").

A. Voluntary Petitions

1. Cosi, Inc. (Case No. 20-10417 BLS) [Docket No. 1; Filed 2/24/2020]

2. Xando Cosi Maryland, Inc. (Case No. 20-10418 BLS) [Docket No. 1; Filed 2/24/2020]

3. Cosi Sandwich Bar, Inc. (Case No. 20-10419 BLS) [Docket No. 1; Filed 2/24/2020]

4. Hearthstone Associates, LLC (Case No. 20-10420 BLS) [Docket No. 1; Filed 2/24/2020]

5. Hearthstone Partners, LLC (Case No. 20-10421 BLS) [Docket No. 1; Filed 2/24/2020]

6. Cosi Restaurant Holdings LLC (Case No. 20-10422 BLS) [Docket No. 1; Filed 2/24/2020]

---

[1] The Debtors in these Chapter 11 Cases are the following entities (the last four digits of each Debtor's respective federal tax identification number, if any, follow in parentheses): Cosi, Inc. (3745); Xando Cosi Maryland, Inc. (2196); Cosi Sandwich Bar, Inc. (0910); Hearthstone Associates, LLC (6267); Hearthstone Partners, LLC (9433); Cosi Franchise Holdings LLC (6984); and Cosi Restaurant Holdings LLC (3461). The Debtors' corporate headquarters are located at 500 Rutherford Avenue, Suite 130, Charlestown, MA 02129.

    7.    Cosi Franchise Holding LLC (Case No. 20-10423 BLS) [Docket No. 1; Filed 2/24/2020]

**PLEASE TAKE FURTHER NOTICE** that in addition to filing the voluntary petitions, the Debtors filed the following first day motions and related documents (collectively, the "First Day Motions"):[2]

    B.    <u>Declaration</u>

    8.    Declaration of Vicki Baue, Vice President, Secretary and General Counsel of the Debtors, in Support of Chapter 11 Petition and First Day Pleadings [Docket No. 3; Filed 2/24/2020]

    C.    <u>First Day Motions and Related Documents</u>

    9.    Motion for Joint Administration of Chapter 11 Cases [Docket No.. 4; Filed 2/24/2020]

    10.    Motion of the Debtors for Order Authorizing the Debtors to File (I) a Consolidated Creditor Matrix, and (II) a Consolidated List of the 20 Largest Unsecured Creditors [Docket No.5; Filed 2/24/2020]

    11.    Debtors' Motion for Entry of an Order (I) Extending the Debtors' Deadline to File List of Creditors and Schedules of Assets and Liabilities and Statements of Financial Affairs and (II) Granting Related Relief [Docket No. 6; Filed 2/24/2020]

    12.    Motion of the Debtors for Entry of an Order (I) Authorizing the Continued Use of Existing Cash Management System and Maintenance of Bank Accounts, and Waiving Certain Investment and Deposit Guidelines, (II) Authorizing Continued Use of Existing Business Forms and Checks and (III) Granting Related Relief [Docket No. 7; Filed 2/24/2020]

    13.    Motion of the Debtors for Entry of an Order Authorizing the Debtors to Honor Certain Prepetition Obligations to Customers, and to Continue Certain Customer Programs [Docket No. 8; Filed 2/24/2020]

    14.    Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Services to, or Discriminating Against, The Debtors on Account of Prepetition Amounts Due; (II) Deeming Utility Providers Adequately Assured of Future Performance; (III) Authorizing the Debtors to Establish the

---

[2] The First Day Motions and other pleadings referenced herein are available online at the following address www.omniagentsolutions.com/cosi.

        Adequate Assurance Deposit Accounts and Pay the Adequate Assurance Deposits; (IV) Establishing Procedures for Objection to the Adequate Assurance Procedures; (V) Requiring Utility Providers to Return Deposits for Utility Services No Longer In Use; and (VI) Granting Certain Related Relief [Docket No. 9; Filed 2/24/2020]

15.    Motion of the Debtors for Order Authorizing Payment of Certain Pre-Petition Taxes and Related Obligations [Docket No. 10; Filed 2/24/2020]

16.    Motion of the Debtors for Entry of Interim and Final Orders (A) Authorizing the Debtors to Pay and Perform All Employee Obligations, (B) Directing Banks to Honor All Related Transfers, and (C) Granting Related Relief [Docket No. 11; Filed 2/243/2020]

17.    Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors-In-Possession to Obtain Postpetition Secured Superpriority Financing, (II) Authorizing Use Of Cash Collateral, (III) Granting Adequate Protection, (IV) Scheduling Final Hearing, and (V) Granting Certain Related Relief [Docket No. 12; Filed 2/24/2020]

18.    Declaration of Jason Fensterstock, Proposed Chief Restructuring Officer for the Debtors, in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors-In-Possession to Obtain Postpetition Secured Superpriority Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Adequate Protection, (IV) Scheduling Final Hearing, and (V) Granting Certain Related Relief [Docket No. 13; Filed 2/24/2020]

19.    Debtors' Application for an Order Appointing Omni Agent Solutions as Claims and Noticing Agent for the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 14; Filed 2/24/2020]

**PLEASE TAKE FURTHER NOTICE** that the First Day Motions are available (free of charge) on the website of the Debtors' proposed claims and noticing agent, Omni Agent Solutions, dedicated to the Debtors' chapter 11 cases, www.omniagentsolutions.com/cosi or on the Court's website (for a fee), www.deb.uscourts.gov.  If you would like to receive copies of any of the First Day Motions prior to the hearing, please contact, Sandi Shidner, Paralegal, at (302) 209-2038 or sshidner@cozen.com.  All parties wishing to participate in the hearing telephonically must make arrangements with CourtCall by telephone at (888) 882-6878, subject to Court rules.

1.      **PLEASE FURTHER NOTICE** that a hearing with respect to the First Day Motions is scheduled for February 26, 2020 at 11:00 a.m. (ET) before the Honorable Brendan L. Shannon, United States Bankruptcy Judge for the District of Delaware, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801.

**PLEASE FURTHER NOTICE** that responses, if any, to the First Day Motions may be made at the hearing.

Dated: February 25, 2020                         COZEN O'CONNOR

*/s/ Mark E. Felger*
Mark E. Felger (DE No. 3919)
Simon E. Fraser (DE No. 5335
Gregory F. Fischer (DE No. 5269)
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
T) 302-295-2000; F) 302-295-2013
mfelger@cozen.com

*Proposed Counsel for the Debtors and Debtors-in-Possession*