**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| COSI, INC., *et al.*,[1] | ) | Case No. 20--10417 (BLS) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |

**NOTICE OF AGENDA FOR FIRST DAY HEARING**
**SCHEDULED FOR FEBRUARY 26, 2020 AT 11:00 A.M.**

Location:   United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 1, Wilmington, DE 19801

PETITIONS AND RELATED PLEADINGS

1. Voluntary Petitions

    A. Cosi, Inc. (Case No. 20-10417 BLS) [Docket No. 1; Filed 2/24/2020]

    B. Xando Cosi Maryland, Inc. (Case No. 20-10418 BLS) [Docket No. 1; Filed 2/24/2020]

    C. Cosi Sandwich Bar, Inc. (Case No. 20-10419 BLS) [Docket No. 1; Filed 2/24/2020]

    D. Hearthstone Associates, LLC (Case No. 20-10420 BLS) [Docket No. 1; Filed 2/24/2020]

    E. Hearthstone Partners, LLC (Case No. 20-10421 BLS) [Docket No. 1; Filed 2/24/2020]

    F. Cosi Restaurant Holdings LLC (Case No. 20-10422 BLS) [Docket No. 1; Filed 2/24/2020]

    G. Cosi Franchise Holding LLC (Case No. 20-10423 BLS) [Docket No. 1; Filed 2/24/2020]

---

[1] The Debtors in these Chapter 11 Cases are the following entities (the last four digits of each Debtor's respective federal tax identification number, if any, follow in parentheses): Cosi, Inc. (3745); Xando Cosi Maryland, Inc. (2196); Cosi Sandwich Bar, Inc. (0910); Hearthstone Associates, LLC (6267); Hearthstone Partners, LLC (9433); Cosi Franchise Holdings LLC (6984); and Cosi Restaurant Holdings LLC (3461). The Debtors' corporate headquarters are located at 500 Rutherford Avenue, Suite 130, Charlestown, MA 02129.

      H.      Declaration of Vicki Baue, Vice President, Secretary and General Counsel of the Debtors, in Support of Chapter 11 Petition and First Day Pleadings [Docket No. 3; Filed 2/24/2020]

MATTERS GOING FORWARD

2. Motion for Joint Administration of Chapter 11 Cases [Docket No.. 4; Filed 2/24/2020]

    Status:  This matter is going forward**.**

3. Motion of the Debtors for Order Authorizing the Debtors to File (I) a Consolidated Creditor Matrix, and (II) a Consolidated List of the 20 Largest Unsecured Creditors [Docket No.5; Filed 2/24/2020]

    Status:  This matter is going forward**.**

4. Debtors' Motion for Entry of an Order (I) Extending the Debtors' Deadline to File List of Creditors and Schedules of Assets and Liabilities and Statements of Financial Affairs and (II) Granting Related Relief [Docket No. 6; Filed 2/24/2020]

    Status:  This matter is going forward**.**

5. Motion of the Debtors for Entry of an Order (I) Authorizing the Continued Use of Existing Cash Management System and Maintenance of Bank Accounts, and Waiving Certain Investment and Deposit Guidelines, (II) Authorizing Continued Use of Existing Business Forms and Checks and (III) Granting Related Relief [Docket No. 7; Filed 2/24/2020]

    Status:  This matter is going forward**.**

6. Motion of the Debtors for Entry of an Order Authorizing the Debtors to Honor Certain Prepetition Obligations to Customers, and to Continue Certain Customer Programs [Docket No. 8; Filed 2/24/2020]

    Status:  This matter is going forward**.**

7. Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Services to, or Discriminating Against, The Debtors on Account of Prepetition Amounts Due; (II) Deeming Utility Providers Adequately Assured of Future Performance; (III) Authorizing the Debtors to Establish the Adequate Assurance Deposit Accounts and Pay the Adequate Assurance Deposits; (IV) Establishing Procedures for Objection to the Adequate Assurance Procedures; (V) Requiring Utility Providers to Return Deposits for Utility Services No Longer In Use; and (VI) Granting Certain Related Relief [Docket No. 9; Filed 2/24/2020]

Status:  This matter is going forward**.**

8. Motion of the Debtors for Order Authorizing Payment of Certain Pre-Petition Taxes and Related Obligations [Docket No. 10; Filed 2/24/2020]

   Status:  This matter is going forward**.**

9. Motion of the Debtors for Entry of Interim and Final Orders (A) Authorizing the Debtors to Pay and Perform All Employee Obligations, (B) Directing Banks to Honor All Related Transfers, and (C) Granting Related Relief [Docket No. 11; Filed 2/243/2020]

   Status:  This matter is going forward**.**

10. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors-In-Possession to Obtain Postpetition Secured Superpriority Financing, (II) Authorizing Use Of Cash Collateral, (III) Granting Adequate Protection, (IV) Scheduling Final Hearing, and (V) Granting Certain Related Relief [Docket No. 12; Filed 2/24/2020]

    A. Declaration of Jason Fensterstock, Proposed Chief Restructuring Officer for the Debtors, in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors-In-Possession to Obtain Postpetition Secured Superpriority Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Adequate Protection, (IV) Scheduling Final Hearing, and (V) Granting Certain Related Relief [Docket No. 13; Filed 2/24/2020]

   Status:  This matter is going forward.

11. Debtors' Application for an Order Appointing Omni Agent Solutions as Claims and Noticing Agent for the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 14; Filed 2/24/2020]

    Status:  This matter is going forward.

Dated: February 25, 2020                    COZEN O'CONNOR

*/s/ Mark E. Felger*
Mark E. Felger (DE No. 3919)
Simon E. Fraser (DE No. 5335
Gregory F. Fischer (DE No. 5269)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
T) 302-295-2000; F) 302-295-2013
mfelger@cozen.com

*Proposed Counsel for the Debtors and Debtors-in-Possession*