# SIGN-IN SHEET

**Case Name:** Cosi Inc
**Case No.:** 20-10417

**Courtroom:** No. 1 - Judge Shannon
**Date:** February 26, 2020

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mark Felger | Cozen | Cosi Debtors |
| Simon Fraser | Cozen | " |
| Laurel Rogen | Ballard Spahr LLP | " |
| Jane Leamy | US Trustee | " |
| Steven Zundell | Vinson & Elkins LLP | Brixmor Operating Partnership L.P. |
| Mathew B. Harvey | Morris Nichols Arsht & Tunnell LLP | US Trustee |
| Hugh Murtagh | Latham + Watkins | Existing Lenders |
| Russ Silberglied | RLF | " |
| Zach Shapiro | | DIP Lender |
| | | " " |

# Court Conference

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Brendan L. Shannon

Calendar Date: 02/26/2020
Calendar Time: 11:00 AM ET

#1

*Amended Calendar  Feb 26 2020  7:06AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Cosi, Inc. | 20-10417 | Hearing | 10413218 | Steven M. Abramowitz | (212) 237-0137 ext. | Vinson & Elkins LLP | Creditor, AB Value Partners, LP et. al. / LIVE |
| | | Cosi, Inc. | 20-10417 | Hearing | 10412086 | John C. Cannizzaro | (614) 462-1070 ext. | Ice Miller LLP | Interested Party, Gordon Food Service / LISTEN ONLY |
| | | Cosi, Inc. | 20-10417 | Hearing | 10412148 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | Cosi, Inc. | 20-10417 | Hearing | 10410675 | Olivia Rockeman | (646) 324-6196 ext. | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |