# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| COSI, INC., *et al.*,[1] | ) Case No. 20-10417 (BLS) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **RE: Docket Item 106 , 152** |

## ORDER APPROVING STIPULATION

Upon consideration of the Stipulation[2] between (i) the above-captioned Debtors, (ii) Coastal Sunbelt Produce, LLC, and (iii) Plainfield Fruit & Produce Co. Inc., a copy of which is attached hereto as <u>Exhibit 1</u>, and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED that:

1. This Stipulation and all of the terms set forth therein are APPROVED and shall have full force and effect of an order entered by the Court with respect thereto.

**Dated: June 11th, 2020**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtors in these Chapter 11 Cases are the following entities (the last four digits of each Debtor's respective federal tax identification number, if any, follow in parentheses): Cosi, Inc. (3745); Xando Cosi Maryland, Inc. (2196); Cosi Sandwich Bar, Inc. (0910); Hearthstone Associates, LLC (6267); Hearthstone Partners, LLC (9433); Cosi Franchise Holdings LLC (6984); and Cosi Restaurant Holdings LLC (3461). The Debtors' corporate headquarters are located at 500 Rutherford Avenue, Suite 130, Charlestown, MA 02129.

[2] Capitalized terms used, but not otherwise defined herein, shall have the meaning ascribed to them in the Stipulation.

\46209909\2

2

      2.      This Court shall retain jurisdiction with respect to any matters related thereto or arising from the Stipulation or the implementation of this Order.