# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| COSI, INC., *et al.*,[1] | ) | Case No. 20-10417 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **RE: Docket No. 161** |

## ORDER GRANTING DEBTORS' MOTION FOR EXTENSION OF EXCLUSIVE PERIODS FOR FILING AND SOLICITING VOTES ON PLAN

Upon the *Debtors' Motion for Extension of Exclusive Periods for Filing and Soliciting Votes on Plan* (the "Motion");[2] the Court having found that notice of the Motion was appropriate and that no other notice need be provided; and the Court having reviewed the Motion and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED as set forth herein.

2. Pursuant to section 1121(d) of the Bankruptcy Code and Local Rule 9006-2, the Debtors' Exclusivity Periods are extended by ninety days, so that the Exclusive Filing Period will expire on September 21, 2020, and the Exclusive Solicitation Period on November 20, 2020.

3. This Order shall not prejudice the Debtors' right to seek additional extensions of their Exclusivity Periods.

---

[1] The Debtors in these Chapter 11 Cases are the following entities (the last four digits of each Debtor's respective federal tax identification number, if any, follow in parentheses): Cosi, Inc. (3745); Xando Cosi Maryland, Inc. (2196); Cosi Sandwich Bar, Inc. (0910); Hearthstone Associates, LLC (6267); Hearthstone Partners, LLC (9433); Cosi Franchise Holdings LLC (6984); and Cosi Restaurant Holdings LLC (3461). The Debtors' corporate headquarters are located at 500 Rutherford Avenue, Suite 130, Charlestown, MA 02129.

[2] Capitalized terms used but not defined in this Order shall have the meanings given in the Motion.

4. This Court reserves jurisdiction over the provisions of this Order and to hear and determine all matters arising from the implementation of this Order.

5. This Order shall be effective immediately upon its entry.

**Dated: July 10th, 2020 Wilmington, Delaware**

**BRENDAN L. SHANNON UNITED STATES BANKRUPTCY JUDGE**