**<u>EXHIBIT C</u>**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| COSI, INC., *et al.,*[1] | ) | Case No. 20-10417 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**BALLOT FOR VOTING TO ACCEPT OR REJECT THE SECOND AMENDED JOINT PLAN OF REORGANIZATION OF COSI, INC. AND ITS AFFILIATED DEBTORS**

## CLASS 1 BALLOT FOR HOLDERS OF
## EXISTING SECURED LENDER CLAIMS

PLEASE READ AND FOLLOW THE ENCLOSED INSTRUCTIONS FOR COMPLETING THIS BALLOT CAREFULLY BEFORE COMPLETING THIS BALLOT.

**IN ORDER FOR YOUR VOTE TO BE COUNTED, ALL BALLOTS MUST BE COMPLETED, EXECUTED, AND RETURNED SO AS TO BE ACTUALLY RECEIVED BY THE DEBTORS BY 5:00 P.M. PREVAILING EASTERN TIME ON JUNE 30, 2022 (THE "VOTING DEADLINE") IN ACCORDANCE WITH THE FOLLOWING:**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") are soliciting votes with respect to the *Second Amended Joint Plan of Reorganization of Cosi, Inc. and its Affiliated Debtors* (as may be amended from time to time, the "Plan") as described in, and attached to, the *Disclosure Statement for the Second Amended Joint Plan of Reorganization of Cosi, Inc. and its Affiliated Debtors* (as may be amended from time to time, the "Disclosure Statement"). The United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") approved, on an interim basis, the Debtors' prior disclosure statement as containing adequate information pursuant to section 1125 of the Bankruptcy Code, by entry of an order on May 11, 2021 (the "Disclosure Statement Order"). The Bankruptcy Court's approval of the prior disclosure statement does not constitute its approval of the Plan. Capitalized terms used but not otherwise defined in this Ballot shall have the meanings given in the Plan.

You are receiving this Ballot because our records indicate that you are a Holder of a Class 1 Claim (i.e. an Existing Secured Lender Claim), as of the Voting Record Date of June 9, 2022.

Accordingly, you have a right to vote to accept or reject the Plan.

Your rights are described in the Disclosure Statement, which is included in the Solicitation Package that you are receiving with this Ballot. If you need to obtain additional Solicitation Packages, you may contact the Debtors, c/o Cozen O'Connor, Attn.: Simon Fraser, Esq., 302-295-2011 (phone), or sfraser@cozen.com.

This Ballot may not be used for any purpose other than for casting votes to accept or reject the Plan and making certain certifications with respect to the Plan. If you believe you have received this Ballot in error, or if you believe that you have received the wrong Ballot, please contact the Debtors immediately at the telephone number or e-mail address set forth above.

---

[1] The Debtors in these Chapter 11 Cases are the following entities (the last four digits of each Debtor's respective federal tax identification number, if any, follow in parentheses): Cosi, Inc. (3745); Xando Cosi of Maryland, Inc. (2196); Cosi Sandwich Bar, Inc. (0910); Hearthstone Associates, LLC (6267); Hearthstone Partners, LLC (9433); Cosi Franchise Holdings LLC (6984); and Cosi Restaurant Holdings LLC (3461). The Debtors' corporate headquarters are located at 500 Rutherford Avenue, Suite 130, Charlestown, MA 02129.

You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim.  Your Claim has been placed in Class 1, Existing Secured Lender Claims, under the Plan.

**Item 1.**    **Amount of Claim.**

The undersigned hereby certifies that as of the Voting Record Date, the undersigned was the Holder (or authorized signatory for a Holder) of Existing Secured Lender Claims in the following aggregate unpaid principal amount (insert amount in box below):

> $_____

**Item 2.**    **Vote on Plan.**

The Holder of the Claims against the Debtors set forth in Item 1 votes to (please check <u>one</u>):

☐    **ACCEPT** (vote FOR) the Plan            ☐    **REJECT** (vote AGAINST) the Plan

**Certifications**

By signing this Ballot, the undersigned certifies to the Bankruptcy Court and the Debtors:

(a)    that either: (i) the undersigned is the Holder of the Existing Secured Lender Claim(s) being voted; or (ii) the undersigned is an authorized signatory for the Holder of the Existing Secured Lender Claim(s) being voted;

(b)    that the undersigned (or in the case of an authorized signatory, the Holder of the Existing Secured Lender Claim(s) being voted) has received a copy of the Disclosure Statement and the Solicitation Package and acknowledges that the solicitation is being made pursuant to the terms and conditions set forth therein;

(c)    that the Holder of the Existing Secured Lender Claim(s) being voted has cast the same vote with respect to all Existing Secured Lender Claims that it may hold; and

(d)    that no other Existing Secured Lender Ballots with respect to the amount of the Existing Secured Lender Claims identified in Item 1 have been cast or, if any other Ballots have been cast with respect to such Existing Secured Lender Claims, then any such earlier Ballots are hereby revoked.

\58461286\2

| | |
|---|---|
| Name of Holder: | |
| | (Print or Type) |
| | |
| Signature: | |
| Name of Signatory: | |
| | (If other than Holder) |
| Title: | |
| Address: | |
| | |
| | |
| Telephone Number: | |
| Email: | |
| Date Completed: | |

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND
RETURN IT <u>PROMPTLY</u> TO THE DEBTORS.**

IF THE DEBTORS DO NOT **<u>ACTUALLY</u> <u>RECEIVE</u>** THIS BALLOT
**ON OR BEFORE 5:00 P.M. PREVAILING EASTERN TIME ON JUNE 30, 2022**
(AND IF THE VOTING DEADLINE IS NOT EXTENDED), YOUR VOTE TRANSMITTED BY THIS
BALLOT MAY BE COUNTED TOWARD CONFIRMATION OF THE PLAN ONLY
IN THE SOLE AND ABSOLUTE DISCRETION OF THE DEBTORS.

3

| Class 1 — Existing Secured Lender Claims |
| --- |

### INSTRUCTIONS FOR COMPLETING THIS EXISTING SECURED LENDER CLAIM HOLDER BALLOT

1.  The Debtors are soliciting the votes of Holders of Claims with respect to the Plan attached as Exhibit A to the Disclosure Statement.  Capitalized terms used in this Ballot but not otherwise defined herein shall have the meanings given in the Plan.

2.  **The Bankruptcy Court may confirm the Plan and thereby bind you, if, among other things, the Plan is confirmed.  Please review the Disclosure Statement for more information.**

3.  If you wish to vote, to ensure that your vote is counted, you <u>must</u>:  (a) complete your Ballot in accordance with these instructions; (b) clearly indicate your decision either to accept or reject the Plan in the boxes provided in Item 2 of the Ballot; <u>and</u> (c) clearly sign your Ballot, and return it to the Debtors by one of the following methods:

    **<u>If by First Class Mail, Overnight Courier, or Hand Delivery</u>**

    **Cosi, Inc.,** *et al.* **-- Ballot Processing**
    **c/o Cozen O'Connor**
    **1201 North Market Street**
    **Wilmington, DE 19801**
    **Attention: Sandi Shidner**

    **<u>If by Electronic Submission</u>**

    **Please email a pdf of your completed Ballot to:**
    **<u>SShidner@cozen.com</u>**
    **Please use the subject heading, "Cosi Ballot"**

4.  To ensure that your vote will count, your Ballot MUST be returned to the Debtors as provided above so as to be actually received by the Debtors on or before the Voting Deadline, which is **5:00 p.m. prevailing Eastern Time on June 30, 2022**.

5.  The method of delivery of your Ballot to the Debtors is at your election and risk.  Except as otherwise provided herein, such delivery will be deemed made only when the Debtors **<u>actually</u> <u>receive</u>** the originally executed Ballot.  You should allow sufficient time to assure timely delivery.

6.  If multiple Ballots are received from the same Holder with respect to the same Claim prior to the Voting Deadline, the latest dated Ballot timely received will supersede and revoke any earlier received Ballots.

7.  You must vote all of your Existing Secured Lender Claim within Class 1 either to accept or reject the Plan and may <u>not</u> split your vote.  Further, if a Holder has multiple Existing Secured Lender Claims within Class 1 the Debtors may, in their discretion, aggregate the Claims of any particular Holder with multiple Existing Secured Lender Claims within Class 1 for the purpose of counting votes.

8.  The Existing Secured Lender Claim Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Plan and make certifications with respect to the Existing Secured Lender Claim Ballot.  Accordingly, at this time, Holders of Claims should not surrender certificates or instruments representing or evidencing their Claims, and the Debtors will not accept delivery of any such certificates or instruments surrendered together with a Ballot.

9.  This Existing Secured Lender Claim Ballot does <u>not</u> constitute, and shall not be deemed to be, (a) a Proof of Claim or (b) an assertion or admission of a Claim.

\58461286\2

10.   <u>Please be sure to sign and date your Ballot</u>.  If you are signing the Ballot in your capacity as a trustee, executor, administrator, guardian, attorney in fact, officer of a corporation, or otherwise acting in a fiduciary or representative capacity, you must indicate such capacity when signing and, if required or requested by the Debtors or the Bankruptcy Court, must submit proper evidence to the requesting party to so act on behalf of such Holder.  In addition, please provide your name and mailing address.

11.   If you hold Claims in more than one Class under the Plan you may receive more than one Ballot coded for each different Class.  Each Ballot votes <u>only</u> your Claims indicated on that Ballot, so please complete and return each Ballot that you received.

**PLEASE RETURN YOUR EXISTING SECURED LENDER CLAIM BALLOT PROMPTLY**

If you have any questions regarding this Ballot, these voting instructions, or the procedures for voting, please contact counsel for the Debtors, Simon Fraser, Esq., by telephone at 302-295-2011, or by email at sfraser@cozen.com.

---

**IF THE DEBTORS DO NOT ACTUALLY RECEIVE THIS EXISTING SECURED LENDER CLAIM BALLOT FROM YOU ON OR BEFORE THE VOTING DEADLINE, WHICH IS 5:00 P.M. PREVAILING EASTERN TIME ON JUNE 30, 2022 (AND IF THE VOTING DEADLINE IS NOT EXTENDED), YOUR VOTE TRANSMITTED HEREBY MAY BE COUNTED ONLY IN THE SOLE AND ABSOLUTE DISCRETION OF THE DEBTORS**

---

\58461286\2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| COSI, INC., *et al.,*[1] | ) | Case No. 20-10417 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## BALLOT FOR VOTING TO ACCEPT OR REJECT THE SECOND AMENDED JOINT PLAN OF REORGANIZATION OF COSI, INC. AND ITS AFFILIATED DEBTORS

### CLASS 2 BALLOT FOR HOLDERS OF
### ROLLUP NOTE CLAIMS

PLEASE READ AND FOLLOW THE ENCLOSED INSTRUCTIONS FOR COMPLETING
THIS BALLOT CAREFULLY BEFORE COMPLETING THIS BALLOT.

**IN ORDER FOR YOUR VOTE TO BE COUNTED, ALL BALLOTS MUST BE COMPLETED,
EXECUTED, AND RETURNED SO AS TO BE ACTUALLY RECEIVED
BY THE DEBTORS BY 5:00 P.M. PREVAILING EASTERN TIME ON
JUNE 30, 2022 (THE "VOTING DEADLINE") IN ACCORDANCE WITH THE FOLLOWING:**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") are soliciting votes with respect to the *Second Amended Joint Plan of Reorganization of Cosi, Inc. and its Affiliated Debtors* (as may be amended from time to time, the "Plan") as described in, and attached to, the *Disclosure Statement for the Second Amended Joint Plan of Reorganization of Cosi, Inc. and its Affiliated Debtors* (as may be amended from time to time, the "Disclosure Statement"). The United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") approved, on an interim basis, the Debtors' prior disclosure statement as containing adequate information pursuant to section 1125 of the Bankruptcy Code, by entry of an order on May 11, 2021 (the "Disclosure Statement Order"). The Bankruptcy Court's approval of the prior disclosure statement does not constitute its approval of the Plan. Capitalized terms used but not otherwise defined in this Ballot shall have the meanings given in the Plan.

You are receiving this Ballot because our records indicate that you are a Holder of a Class 2 Claim (i.e. a Rollup Note Claim), as of the Voting Record Date of June 9, 2022.

Accordingly, you have a right to vote to accept or reject the Plan.

Your rights are described in the Disclosure Statement, which is included in the Solicitation Package that you are receiving with this Ballot. If you need to obtain additional Solicitation Packages, you may contact the Debtors, c/o Cozen O' Connor, Attn.: Simon Fraser, Esq., 302-295-2011 (phone), or sfraser@cozen.com.

This Ballot may not be used for any purpose other than for casting votes to accept or reject the Plan and making certain certifications with respect to the Plan. If you believe you have received this Ballot in error, or if you believe that you have received the wrong Ballot, please contact the Debtors immediately at the telephone number or e-mail address set forth above.

---

[1] The Debtors in these Chapter 11 Cases are the following entities (the last four digits of each Debtor's respective federal tax identification number, if any, follow in parentheses): Cosi, Inc. (3745); Xando Cosi of Maryland, Inc. (2196); Cosi Sandwich Bar, Inc. (0910); Hearthstone Associates, LLC (6267); Hearthstone Partners, LLC (9433); Cosi Franchise Holdings LLC (6984); and Cosi Restaurant Holdings LLC (3461). The Debtors' corporate headquarters are located at 500 Rutherford Avenue, Suite 130, Charlestown, MA 02129.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim. Your Claim has been placed in Class 2, Rollup Note Claims, under the Plan. If you hold Claims in more than one Class, you will receive a Ballot for each Class in which you are entitled to vote.

**Item 1.** **Amount of Claim.**

The undersigned hereby certifies that as of the Voting Record Date, the undersigned was the Holder (or authorized signatory for a Holder) of Rollup Note Claims in the following aggregate unpaid principal amount (insert amount in box below):

$\qquad$ \$_____

**Item 2.** **Vote on Plan.**

The Holder of the Claims against the Debtors set forth in Item 1 votes to (please check <u>one</u>):

| ☐ **ACCEPT** (vote FOR) the Plan | ☐ **REJECT** (vote AGAINST) the Plan |
|---|---|

**Certifications**

By signing this Rollup Note Claim Holder Ballot, the undersigned certifies to the Bankruptcy Court and the Debtors:

(a)    that either: (i) the undersigned is the Holder of the Rollup Note Claim(s) being voted; or (ii) the undersigned is an authorized signatory for the Holder of the Rollup Note Claim(s) being voted;

(b)    that the undersigned (or in the case of an authorized signatory, the Holder of the Rollup Note Claim(s) being voted) has received a copy of the Disclosure Statement and the Solicitation Package and acknowledges that the solicitation is being made pursuant to the terms and conditions set forth therein;

(c)    that the Holder of the Rollup Note Claim(s) being voted has cast the same vote with respect to all Rollup Note Claims that it may hold; and

(d)    that no other Rollup Note Ballots with respect to the amount of the Rollup Note Claims identified in Item 1 have been cast or, if any other Ballots have been cast with respect to such Rollup Note Claims, then any such earlier Ballots are hereby revoked.

| | |
|---|---|
| Name of Holder: | |
| | (Print or Type) |
| Signature: | |
| Name of Signatory: | |
| | (If other than Holder) |
| Title: | |
| Address: | |
| | |
| | |
| Telephone Number: | |
| Email: | |
| Date Completed: | |

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND**
**RETURN IT <u>PROMPTLY</u> TO THE DEBTORS.**

IF THE DEBTORS DO NOT **<u>ACTUALLY</u> <u>RECEIVE</u>** THIS BALLOT
**ON OR BEFORE 5:00 P.M. PREVAILING EASTERN TIME ON JUNE 30, 2022**
(AND IF THE VOTING DEADLINE IS NOT EXTENDED), YOUR VOTE TRANSMITTED BY THIS
BALLOT MAY BE COUNTED TOWARD CONFIRMATION OF THE PLAN ONLY
IN THE SOLE AND ABSOLUTE DISCRETION OF THE DEBTORS.

| Class 2 — Rollup Note Claims |
|---|

**INSTRUCTIONS FOR COMPLETING THIS ROLLUP NOTE CLAIM HOLDER BALLOT**

1.      The Debtors are soliciting the votes of Holders of Claims with respect to the Plan attached as Exhibit A to the Disclosure Statement.  Capitalized terms used in this Ballot but not otherwise defined herein shall have the meanings given in the Plan.

2.      **The Bankruptcy Court may confirm the Plan and thereby bind you, if, among other things, the Plan is confirmed.  Please review the Disclosure Statement for more information.**

3.      If you wish to vote, to ensure that your vote is counted, you <u>must</u>:  (a) complete your Ballot in accordance with these instructions; (b) clearly indicate your decision either to accept or reject the Plan in the boxes provided in Item 2 of the Ballot; <u>and</u> (c) clearly sign your Ballot, and return it to the Debtors by one of the following methods:

<u>If by First Class Mail, Overnight Courier, or Hand Delivery</u>

**Cosi, Inc.,** *et al.* **-- Ballot Processing**
**c/o Cozen O'Connor**
**1201 North Market Street**
**Wilmington, DE 19801**
**Attention: Sandi Shidner**

<u>If by Electronic Submission</u>

**Please email a pdf of your completed Ballot to:**
**SShidner@cozen.com**
**Please use the subject heading, "Cosi Ballot"**

4.      To ensure that your vote will count, your Ballot MUST be returned to the Debtors as provided above so as to be actually received by the Debtors on or before the Voting Deadline, which is **5:00 p.m. prevailing Eastern Time on June 30, 2022**.

5.      The method of delivery of your Ballot to the Debtors is at your election and risk.  Except as otherwise provided herein, such delivery will be deemed made only when the Debtors **actually** **receive** the originally executed Ballot.  You should allow sufficient time to assure timely delivery.

6.      If multiple Ballots are received from the same Holder with respect to the same Claim prior to the Voting Deadline, the latest dated Ballot timely received will supersede and revoke any earlier received Ballots.

7.      You must vote all of your Rollup Note Claim within Class 2 either to accept or reject the Plan and may <u>not</u> split your vote.  Further, if a Holder has multiple Rollup Note Claims within Class 2 the Debtors may, in their discretion, aggregate the Claims of any particular Holder with multiple Rollup Note Claims within Class 2 for the purpose of counting votes.

8.      The Rollup Note Claim Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Plan and make certifications with respect to the Rollup Note Claim Ballot. Accordingly, at this time, Holders of Claims should not surrender certificates or instruments representing or evidencing their Claims, and the Debtors will not accept delivery of any such certificates or instruments surrendered together with a Ballot.

9.      This Rollup Note Claim Ballot does <u>not</u> constitute, and shall not be deemed to be, (a) a Proof of Claim or (b) an assertion or admission of a Claim.

10.     <u>Please be sure to sign and date your Ballot</u>.  If you are signing the Ballot in your capacity as a trustee, executor, administrator, guardian, attorney in fact, officer of a corporation, or otherwise acting in a fiduciary or representative capacity, you must indicate such capacity when signing and, if required or requested by the Debtors or the Bankruptcy Court, must submit proper evidence to the requesting party to so act on behalf of such Holder.  In addition, please provide your name and mailing address.

11.     If you hold Claims in more than one Class under the Plan you may receive more than one Ballot coded for each different Class.  Each Ballot votes <u>only</u> your Claims indicated on that Ballot, so please complete and return each Ballot that you received.

**<u>PLEASE RETURN YOUR ROLLUP NOTE CLAIM BALLOT PROMPTLY</u>**

If you have any questions regarding this Ballot, these voting instructions, or the procedures for voting, please contact counsel for the Debtors, Simon Fraser, Esq., by telephone at 302-295-2011, or by email at sfraser@cozen.com

---

**IF THE DEBTORS DO NOT ACTUALLY RECEIVE THIS ROLLUP NOTE CLAIM BALLOT FROM YOU ON OR BEFORE THE VOTING DEADLINE, WHICH IS 5:00 P.M. PREVAILING EASTERN TIME ON JUNE 30, 2022 (AND IF THE VOTING DEADLINE IS NOT EXTENDED), YOUR VOTE TRANSMITTED HEREBY MAY BE COUNTED ONLY IN THE SOLE AND ABSOLUTE DISCRETION OF THE DEBTORS**

---

\58461290\2

June 10, 2022

**To:  Class 6 Creditors of Cosi, Inc. and its Affiliated Debtors**

Re:  In re Cosi, Inc., *et al.*,
Chapter 11 Case No. 20-10417 (BLS) (Jointly Administered)

Dear Class 6 Creditor:

As you are aware, Cosi, Inc. and certain of its subsidiaries, as debtors (collectively, the "Cosi Debtors"),[1] each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on February 24, 2020.

Throughout the fourteen months these Chapter 11 Cases were pending, the Cosi Debtors were unable to secure sufficient funding to reorganize and emerge from Chapter 11. In 2021 Congress passed, and the President signed into law, the American Rescue Plan Act, which included the Restaurant Revitalization Fund (the "RRF"). Under the RRF, the Cosi Debtors determined that they should be eligible for a grant in the amount of $10 million, which along with other funding available to them, would be sufficient it to reorganize their business and allow them to emerge from Chapter 11. The one challenge for the Cosi Debtors was that they were not eligible for the grant, because they were in Chapter 11 bankruptcy and did not yet have a confirmed plan. With no other viable options available to them, the Cosi Debtors asked the Bankruptcy Court on an emergency basis to dismiss their Chapter 11 Cases, so that they could promptly apply to the U.S. Small Business Administration for the grant. The Cosi Debtors explained to the Bankruptcy Court that they intended to take the following steps once their cases were dismissed: (i) promptly apply for the grant; (ii) solicit votes from creditors in Class 6 under their *First Amended Joint Plan of Reorganization of Cosi, Inc. and its Affiliated Debtors* (the "Plan") on file with the Court; (iii) once their application was approved, promptly file a motion to reinstate their Chapter 11 Cases; and (v) upon reinstatement, promptly move to have the Bankruptcy Court confirm the Plan and emerge from bankruptcy as a reorganized business. The Bankruptcy Court recognized that the Cosi Debtors were out of other options. The Bankruptcy Court considered the Cosi Debtors' request and likened it to a pre-packaged bankruptcy in which votes are solicited prior to the filing of the case, and then confirmation of the plan is sought on a streamlined basis once the case is filed. The Court readily granted the Cosi Debtors' motion. The Order granting the Cosi Debtors' motion provided for the dismissal of the Chapter 11 Cases, the preliminary approval of the Cosi Debtors' *Modified Disclosure Statement for the First Amended Joint Plan of Reorganization of Cosi, Inc. and its Affiliated Debtors* (the "Disclosure

---

[1] The Cosi Debtors are the following entities (the last four digits of each Debtor's respective federal tax identification number, if any, follow in parentheses): Cosi, Inc. (3745); Xando Cosi of Maryland, Inc. (2196); Cosi Sandwich Bar, Inc. (0910); Hearthstone Associates, LLC (6267); Hearthstone Partners, LLC (9433); Cosi Franchise Holdings LLC (6984); and Cosi Restaurant Holdings LLC (3461). The Debtors' corporate headquarters are located at 500 Rutherford Avenue, Suite 130, Charlestown, MA 02129.

1

Statement"),[2] and approval of a five day notice period for the Cosi Debtors to be heard on their motion to reinstate the Chapter 11 Cases should their application for the grant be approved and funded (the "Dismissal/Disclosure Statement Order").

Immediately upon dismissal of their Chapter 11 cases, the Cosi Debtors submitted their application for the RRF grant.  At the same time, the Cosi Debtors solicited votes from their creditors, including Class 6 Creditors, to vote on their Plan.  The outcome of the voting by creditors was unanimous in favor of the Plan.  However, unfortunately, the Cosi Debtors were informed that the RRF ran out of funding before the Cosi Debtors' application could be acted upon.  Word quickly spread of an effort in Congress to replenish the RRF, i.e. provide additional funding for the thousands of applicants, like the Cosi Debtors, that were denied this relief.  Several months passed with mixed signals from lobby groups and Congress as to whether enough votes would be mustered to pass a Bill to replenish the fund.  Ultimately, just a couple of months ago a Bill passed through the House to replenish the RRF.  Despite this positive step toward replenishment and obtaining the necessary funding to implement the Plan, the Senate failed to garner enough votes and the effort died on the floor of the Senate.

Over the past few months while the above-described efforts were proceeding through Congress, the Cosi Debtors began to explore other options to implement their Plan.  After discussions with numerous potential plan sponsors, the Cosi Debtors were successful in entering into a restructuring support agreement with a third party to provide funding for an amended plan.  The Cosi Debtors re-opened discussions with their existing DIP Lender, their pre-petition secured lenders, and their largest unsecured creditor, Gordon Food Service, Inc. ("Gordon") to garner support for an amended plan.  After weeks of negotiations, the Cosi Debtors were able to obtain unanimous consent among this group to pursue confirmation of a second amended plan (the "Amended Plan").  The Cosi Debtors intend to solicit acceptance of the Amended Plan from their creditor body, and then file a motion to reinstate their Chapter 11 cases.  Once the cases are reinstated, they plan to move expeditiously to confirm their Amended Plan.

You have received this letter and the enclosed materials (including a support letter from Gordon), because the Cosi Debtors' records indicate that you are a Holder of a Class 6 Claim (i.e. a General Unsecured Claim), as of the Voting Record Date.  Accordingly, you are entitled to vote on the Plan, and the Cosi Debtors urge you to vote to accept the Amended Plan.

---

YOU ARE RECEIVING THIS LETTER AND THE DISCLOSURE STATEMENT BECAUSE YOU ARE ENTITLED TO VOTE ON THE PLAN.  THEREFORE, YOU SHOULD READ THIS LETTER AND THE DISCLOSURE STATEMENT CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY.  IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.

---

[2] Capitalized terms used but not otherwise defined in this letter shall have the meanings given in the Disclosure Statement and the Plan.

\52263427\8

In addition to this cover letter, and a separate letter from the Cosi Debtors' largest Class 6 Creditor, Gordon, you have received the enclosed materials, referred to collectively as the "Solicitation Package," which consists of the following:

      i.      The Disclosure Statement (with all exhibits, including the Amended Plan);

      ii.     A Ballot (together with detailed voting instructions and a pre-addressed return envelope); and

      iii.    A Convenience Class Election Form.

<u>Disclosure Statement and Plan</u>.    The Cosi Debtors have approved the filing of the Disclosure Statement and Plan, and the solicitation of votes to accept or reject the Amended Plan.  The Cosi Debtors believe that acceptance of the Amended Plan is in the best interests of the Estates, Holders of all Claims, including Claims that are entitled to vote on the Amended Plan, and all other parties in interest.  Moreover, the Cosi Debtors believe that any alternative other than confirmation of the Amended Plan would likely result in a liquidation of the Cosi Debtors under chapter 7 of the Bankruptcy Code, in which case the Cosi Debtors' business would be shut down, jobs would be lost, and General Unsecured Claims likely would receive **<u>no</u>** distribution at all.

<u>Ballot</u>.    The Ballot is the means by which creditors vote on whether to accept or reject the Amended Plan.  Please fill out the Ballot and return it to the Cosi Debtors pursuant to the instructions included with the Ballot at your earliest possible convenience.  In order to ensure that your vote is counted, please be sure to return your Ballot so that it is received by the Cosi Debtors by **June 30, 2022 at 5:00 p.m. Prevailing Eastern Time**.

---

**THE DEBTORS STRONGLY URGE YOU TO PROPERLY
AND TIMELY CAST YOUR BALLOT TO ACCEPT THE AMENDED PLAN.**

---

<u>Convenience Class Election Form</u>.    Holders of General Unsecured Claims have the option to reduce their aggregate General Unsecured Claim(s) to $4,000, and agree to the classification and treatment of their Claims as Class 5 Claims (i.e. Convenience Class Claims). Should you chose to make this election, then you would receive a distribution of $4,000 in full satisfaction of your claim as set forth in the Amended Plan.  The Convenience Class Election Form is included in the Solicitation Package to allow Holders of General Unsecured Claims who wish to make this election to do so.  You should carefully review the Amended Plan, Disclosure Statement, and Convenience Class Election Form to determine whether making this election may be in your best interest, and you may wish to consult an attorney.  In particular, you should review pages 23 to 31 of the Disclosure Statement, which provides a summary of the classification and treatment of claims under the Amended Plan, including the treatment of Class 6 Claims (i.e. General Unsecured Claims) and Class 5 Claims (i.e. Convenience Class Claims).

The materials in the Solicitation Package are intended to be self-explanatory.  If you have any questions, or if you need to obtain additional Solicitation Packages, please contact counsel for the Cosi Debtors, Simon Fraser, Esq., by telephone at 302-295-2011, or by email at <u>sfraser@cozen.com</u>.  Please be advised that the Cosi Debtors are authorized to answer questions

about, and provide additional copies of, solicitation materials, but may not provide you with legal advice.

Sincerely,

Cosi, Inc., *et al.*

By: _Jason F. Fensterstock_

Jason F. Fensterstock,
Chief Restructuring Officer

Enclosures

4



233 South Wacker Drive | Chicago, IL 60606 | TEL 312.624.6300 | FAX 312.624.6309

June 9, 2022

DIRECT DIAL 312.256.9432 | jason.torf@tuckerellis.com

**To:**    <u>**Creditors of Cosi, Inc. and Its Affiliated Debtors**</u>

>    *Re:*    *Support of First Amended Joint Plan of Reorganization of Cosi, Inc. and its Affiliates*
>    *Debtors*

Dear Creditors of Cosi, Inc. and Its Affiliated Debtors:

This firm represents Gordon Food Service, Inc. ("GFS") in connection with the chapter 11 cases filed by Cosi, Inc. and certain of its affiliates ("Cosi"). GFS is a creditor in Class 6 under Cosi's proposed plan to restructure its financial affairs (the "Plan").

Based upon records in Cosi's bankruptcy case, GFS appears to be the single largest creditor in Class 6, with a claim of over $1.7 million. Recently, GFS entered into negotiations with Cosi's representatives regarding the treatment of claims in Class 6. Those negotiations resulted in an agreement by Cosi to pay an 8.25% distribution to Class 6 creditors in cash, in full on the Effective Date of the Plan. This result was accomplished in the context of a bankruptcy case where it appeared for quite some time that no distribution to general unsecured creditors would be feasible at all, particularly in light of the impact of COVID on restaurant operations generally. In addition, Cosi initially dismissed its bankruptcy case in order to seek funding from the federal government's Restaurant Revitalization Fund program. Those funds would have been used to support a plan of reorganization, but funding through that program ran out with only a small percentage of eligible borrowers having received funding. Cosi was not awarded any money as part of that program. Nevertheless, the diligence of Cosi and its outside professionals resulted in Cosi obtaining other funding to support the Plan. The 8.25% distribution to Class 6 creditors is the result of our extensive arms'-length negotiations with Cosi and represents what we believe to be the best outcome available for unsecured creditors in a difficult circumstance where funding to support a plan – and a distribution to general unsecured creditors – was not readily available, either through the Restaurant Revitalization Fund program or through any other source.

This distribution is contingent on several conditions being satisfied, including the reinstatement of Cosi's chapter 11 cases and confirmation by the Bankruptcy Court of Cosi's Plan. While there is risk associated with confirmation of Cosi's Plan, we believe that it is the best option under very difficult circumstances. GFS intends to vote IN FAVOR of Cosi's Plan and RECOMMENDS that all holders of Claims in Class 6 likewise vote in favor of the Plan.

Very truly yours,

Jason M. Torf

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| COSI, INC., *et al.*,[1] | ) | Case No. 20-10417 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## CONVENIENCE CLASS ELECTION FORM

This form (the "Convenience Class Election Form") is for you to use if you wish to have your aggregate Allowed General Unsecured Claim (i.e. Class 6 Claim) re-classified as a Convenience Class Claim (i.e. Class 5 Claim) under the Plan (a "Convenience Class Election").

**If you wish to make a Convenience Class Election, you must complete, execute, and return this Convenience Class Election Form so that it is actually received by the Cosi Debtors by 5:00 p.m. prevailing Eastern time on June 30, 2022 (The "Election Deadline") in accordance with the following:**

By making a Convenience Class Election, a creditor in Class 6 will agree to reduce its aggregate Allowed General Unsecured Claim to $4,000, and agree to have its aggregate Allowed General Unsecured Claim classified and treated as a Class 5 Claim (i.e. a Convenience Class Claim). Should you chose to make this election, then you would receive a distribution equal to the full amount of your aggregate Allowed General Unsecured Claim, **capped at $4,000**, in full satisfaction of your aggregate Allowed General Unsecured Claim as set forth in the *Second Amended Joint Plan of Reorganization of Cosi, Inc. and its Affiliated Debtors* (as may be amended from time to time, the "Plan").[2]

Class 5 Claims are unimpaired under the Plan and, accordingly, Holders of Class 5 Claims are deemed to accept the Plan, and are not entitled to vote to accept or reject the Plan. If you make a Convenience Class Election, you will no longer hold a Class 6 Claim, and you will not be entitled to vote to accept or reject the Plan. **Accordingly, if you make a Convenience Class Election, do <u>not</u> submit the Class 6 Ballot included in the Solicitation Package. If you make a Convenience Class Election and submit a Class 6 Ballot, the Ballot will not be counted.**

The Plan and the *Disclosure Statement for the Second Amended Joint Prepackaged Plan of Reorganization of Cosi, Inc. and its Affiliated Debtors* (as may be amended from time to time,

---

[1] These Chapter 11 Cases were dismissed by order of the Bankruptcy Court dated May 11, 2021. Upon completion of the voting process for this Second Amended Plan, the Cosi Debtors intend to file a motion to reinstate these cases promptly and to pursue confirmation of their Second Amended Plan. The Cosi Debtors in these Chapter 11 Cases are the following entities (the last four digits of each Debtor's respective federal tax identification number, if any, follow in parentheses): Cosi, Inc. (3745); Xando Cosi of Maryland, Inc. (2196); Cosi Sandwich Bar, Inc. (0910); Hearthstone Associates, LLC (6267); Hearthstone Partners, LLC (9433); Cosi Franchise Holdings LLC (6984); and Cosi Restaurant Holdings LLC (3461). The Cosi Debtors' corporate headquarters are located at 500 Rutherford Avenue, Suite 130, Charlestown, MA 02129.

[2] Capitalized terms used but not otherwise defined in this Convenience Class Election Form shall have the meanings given in the Plan or Disclosure Statement, as applicable.

\52265936\3

the "<u>Disclosure Statement</u>"), are included in the Solicitation Package that you have received.  You should carefully review the Plan, Disclosure Statement, and this Convenience Class Election Form to determine whether making this election may be in your best interest, and you may wish to consult an attorney.  In particular, you should review Section (I)(B) of the Disclosure Statement, which provides a summary of the classification and treatment of claims under the Plan, including the treatment of Class 6 Claims (i.e. General Unsecured Claims) and Class 5 Claims (i.e. Convenience Class Claims).

If you have any questions, or if you need to obtain additional Solicitation Packages, you may contact the Cosi Debtors, c/o Cozen O'Connor, Attn.: Simon Fraser, Esq., 302-295-2011 (phone), or sfraser@cozen.com.  Please be advised that the Cosi Debtors are authorized to answer questions about, and provide additional copies of, solicitation materials, but may not provide you with legal advice.

If you believe that you have received this Convenience Class Election Form in error, please contact the Cosi Debtors *immediately* at the telephone number or email address set forth above.

**PLEASE READ THE BELOW
INSTRUCTIONS BEFORE COMPLETING THIS
CONVENIENCE CLASS ELECTION FORM.**

> PLEASE COMPLETE ALL APPLICABLE ITEMS BELOW.  PLEASE FILL IN ALL OF THE INFORMATION REQUESTED UNDER ITEM 3.  IF THIS CONVENIENCE CLASS ELECTION FORM HAS NOT BEEN PROPERLY SIGNED IN THE SPACE PROVIDED, YOUR CONVENIENCE CLASS ELECTION MAY NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Principal Amount of Claim.**  The undersigned hereby certifies that it is the Holder

(or authorized signatory of such Holder) of a General Unsecured Claim in the aggregate unpaid

**<u>principal</u>** amount stated in the box below, without regard to any accrued but unpaid interest.

> $_____
>
> Claim Number:_____

\52265936\3

**Item 2. Convenience Class Election.**

By checking the box below, regardless of the amount of your aggregate Allowed Class 6 General Unsecured Claim, if your aggregate Allowed Class 6 General Unsecured Claim is greater than $4,000, you elect to have such Claim reduced to $4,000, and to have such Claim treated as a Class 5 Convenience Class Claim pursuant to the Plan.

> ☐
>
> **The undersigned elects to have its aggregate Allowed Class 6 General Unsecured Claim identified in Item 1 treated as a Class 5 Convenience Class Claim, and acknowledges that such Claim (to the extent applicable) will be reduced to a maximum of $4,000.**

Any Convenience Class Election Form returned without checking the box above shall be treated as NOT having made the Convenience Class Election.

**Item 3. Acknowledgments.**

By signing this Convenience Class Election Form, the Holder (or authorized signatory of such Holder) certifies that: (i) it has the power and authority to make the election made in this Convenience Class Election Form; (ii) it is the Holder (or is entitled to elect on behalf of such Holder) of the General Unsecured Claim described in Item 1 above; (iii) the Holder understands and acknowledges that if multiple Convenience Class Election Forms are submitted with respect to the Claim set forth in Item 1, only the last properly completed Convenience Class Election Form received by the Cosi Debtors before the Election Deadline shall be deemed to reflect the Holder's intent, and thus to supersede and revoke any prior Convenience Class Election Form(s) received by the Cosi Debtors; and (iv) all authority conferred or agreed to be conferred pursuant to this Convenience Class Election Form, and every obligation of the undersigned hereunder, shall be binding on the transferees, successors, assigns, heirs, executors, administrators, trustees in bankruptcy, and legal representatives of the undersigned, and shall not be affected by, and shall survive, the death or incapacity of the undersigned.  The undersigned understands that an otherwise

\52265936\3

properly completed, executed, and timely returned Convenience Class Election Form failing to indicate a Convenience Class Election, will not be counted.

_____
Name of Holder

_____
Signature

_____
Name of Signatory and Title

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Email Address

_____
Date Completed

4

## Instructions

If you wish to make a Convenience Class Election, you must complete, sign (with an original signature), and date this Convenience Class Election Form, and return it *promptly* using the enclosed pre-addressed envelope (if applicable) as follows:

### If by First Class Mail, Overnight Courier, or Hand Delivery

Cosi, Inc., *et al.* – Ballot Processing
c/o Cozen O'Connor
1201 North Market Street
Wilmington, DE 19801
Attention: Sandi Shidner

### If by Electronic Submission

Please email a pdf of your completed Convenience Class Election Form to: SShidner@cozen.com
Please use the subject heading, "Convenience Class Election Form"

IF THE COSI DEBTORS DO NOT *ACTUALLY RECEIVE* YOUR COMPETED CONVENIENCE CLASS ELECTION FORM **ON OR BEFORE** JUNE 30, 2022, AT 5:00 PM, **PREVAILING EASTERN TIME**, (AND IF THE ELECTION DEADLINE IS NOT EXTENDED), YOUR CONVENIENCE CLASS ELECTION TRANSMITTED BY THIS CONVENIENCE CLASS ELECTION FORM MAY BE COUNTED ONLY IN THE DISCRETION OF THE COSI DEBTORS

\52265936\3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| COSI, INC., *et al.,*[1] | ) | Case No. 20-10417 (BLS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |

**BALLOT FOR VOTING TO ACCEPT OR REJECT THE SECOND AMENDED JOINT PLAN OF
REORGANIZATION OF COSI, INC. AND ITS AFFILIATED DEBTORS**

**CLASS 6 BALLOT FOR HOLDERS OF
GENERAL UNSEUCRED CLAIMS**

PLEASE READ AND FOLLOW THE ENCLOSED INSTRUCTIONS FOR COMPLETING
THIS BALLOT CAREFULLY <u>BEFORE</u> COMPLETING THIS BALLOT.

**IN ORDER FOR YOUR VOTE TO BE COUNTED, YOUR BALLOT MUST BE COMPLETED,
EXECUTED, AND RETURNED SO AS TO BE <u>ACTUALLY</u> RECEIVED
BY THE COSI DEBTORS BY 5:00 P.M. PREVAILING EASTERN TIME ON
June 30, 2022 (THE "<u>VOTING DEADLINE</u>") IN ACCORDANCE WITH THE FOLLOWING:**

The above-captioned debtors (collectively, the "<u>Cosi Debtors</u>") are soliciting votes with respect to the *Second Amended Joint Plan of Reorganization of Cosi, Inc. and its Affiliated Debtors* (as may be amended from time to time, the "<u>Plan</u>") as described in, and attached to, the *Disclosure Statement for the Second Amended Joint Plan of Reorganization of Cosi, Inc. and its Affiliated Debtors* (as may be amended from time to time, the "<u>Disclosure Statement</u>").  The United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>") approved, on an interim basis, the Cosi Debtors' prior disclosure statement as containing adequate information pursuant to section 1125 of the Bankruptcy Code, by entry of an order on May 11, 2021 (the "<u>Disclosure Statement Order</u>").  The Bankruptcy Court's approval of the prior disclosure statement does not constitute its approval of the Plan.  Capitalized terms used but not otherwise defined in this Ballot shall have the meanings given in the Plan.

You are receiving this Ballot because the Cosi Debtors' records indicate that you are a Holder of a Class 6 Claim (i.e. a General Unsecured Claim), as of the Voting Record Date of June 9, 2022.

Accordingly, you have a right to vote to accept or reject the Plan.

Your rights are described in the Disclosure Statement, which is included in the Solicitation Package that you are receiving with this Ballot.  If you need to obtain additional Solicitation Packages, you may contact the Cosi Debtors, c/o Cozen O' Connor, Attn.: Simon Fraser, Esq., 302-295-2011 (phone), or sfraser@cozen.com.

---

[1] These Chapter 11 Cases were dismissed by order of the Bankruptcy Court dated May 11, 2021.  Upon completion of the voting process for this Second Amended Plan, the Cosi Debtors intend to file a motion to reinstate these cases promptly and to pursue confirmation of their Second Amended Plan. The Cosi Debtors in these Chapter 11 Cases are the following entities (the last four digits of each Debtor's respective federal tax identification number, if any, follow in parentheses): Cosi, Inc. (3745); Xando Cosi of Maryland, Inc. (2196); Cosi Sandwich Bar, Inc. (0910); Hearthstone Associates, LLC (6267); Hearthstone Partners, LLC (9433); Cosi Franchise Holdings LLC (6984); and Cosi Restaurant Holdings LLC (3461).  The Cosi Debtors' corporate headquarters are located at 500 Rutherford Avenue, Suite 130, Charlestown, MA 02129.

This Ballot may not be used for any purpose other than for casting votes to accept or reject the Plan and making certain certifications with respect to the Plan.  If you believe that you have received this Ballot in error, or if you believe that you have received the wrong Ballot, please contact the Cosi Debtors <u>immediately</u> at the telephone number or e-mail address set forth above.

You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and the Plan's classification and treatment of your Claim.  Your Claim is in Class 6 (i.e. General Unsecured Claims).

<u>**Item 1**</u>.    **Amount of Claim.**

The undersigned hereby certifies that as of the Voting Record Date, the undersigned was the Holder (or authorized signatory for a Holder) of (a) General Unsecured Claim(s) in the following total unpaid principal amount (insert amount in box below):



<u>**Item 2**</u>.    **Vote on Plan.**

The Holder of the Claim(s) against the Cosi Debtors set forth in Item 1 votes to (please check <u>one</u>):

| ☐ | **<u>ACCEPT</u>** (vote FOR) the Plan | ☐ | **<u>REJECT</u>** (vote AGAINST) the Plan |
|---|---|---|---|

<u>**Certifications**</u>

By signing this Ballot, the undersigned certifies to the Bankruptcy Court and the Cosi Debtors:

(a)    that either: (i) the undersigned is the Holder of the General Unsecured Claim(s) being voted; or (ii) the undersigned is an authorized signatory for the Holder of the General Unsecured Claim(s) being voted;

(b)    that the undersigned (or in the case of an authorized signatory, the Holder of the General Unsecured Claim(s) being voted) has received a copy of the Disclosure Statement and the Solicitation Package and acknowledges that the solicitation is being made pursuant to the terms and conditions set forth therein;

(c)    that the Holder of the General Unsecured Claim(s) being voted has cast the same vote with respect to all General Unsecured Claims that it may hold; and

(d)    that no other Ballots with respect to the amount of the General Unsecured Claim(s) identified in Item 1 have been cast or, if any other Ballots have been cast with respect to such General Unsecured Claim(s), then any such earlier Ballots are hereby revoked.

Name of
Holder: _____

(Print or Type)

_____

Signature: _____

Name of Signatory: _____

(If other than Holder)

Title: _____

Address: _____

_____

_____

Telephone
Number: _____

Email: _____

Date Completed: _____

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT <u>PROMPTLY</u>, EITHER BY MAIL IN THE ENVELOPE PROVIDED, OR BY PDF/EMAIL, PURSUANT TO THE DIRECTIONS IN THE INSTRUCTIONS.**

IF THE COSI DEBTORS DO NOT **<u>ACTUALLY</u> <u>RECEIVE</u>** THIS BALLOT
**ON OR BEFORE 5:00 P.M. PREVAILING EASTERN TIME ON JUNE 30, 2022**
(AND IF THE VOTING DEADLINE IS NOT EXTENDED), YOUR VOTE TRANSMITTED BY THIS
BALLOT MAY BE COUNTED TOWARD CONFIRMATION OF THE PLAN ONLY
IN THE SOLE AND ABSOLUTE DISCRETION OF THE COSI DEBTORS.

\52243888\6

| Class 6 —  General Unsecured Claims |
|---|

## INSTRUCTIONS FOR COMPLETING THIS GENERAL UNSECURED CLAIM HOLDER BALLOT

1.      The Cosi Debtors are soliciting the votes of Holders of Claims with respect to the Plan attached as Exhibit A to the Disclosure Statement.  Capitalized terms used in this Ballot but not otherwise defined herein shall have the meanings given in the Plan.

2.      If you have elected to reduce your aggregate Allowed General Unsecured Claim to $4,000 and have your Claim classified and treated as a Class 5 Claim (i.e. a Convenience Class Claim), you are not entitled to vote.  Instead, please fill out and return the Convenience Class Election Form included in the Solicitation Package.

3.      If you wish to vote, to ensure that your vote is counted, you <u>must</u>:  (a) complete your Ballot in accordance with these instructions; (b) clearly indicate your decision either to accept or reject the Plan in the boxes provided in Item 2 of the Ballot; <u>and</u> (c) clearly sign your Ballot, and return it to the Cosi Debtors by one of the following methods, using the enclosed pre-addressed envelope (if applicable):

   **<u>If by First Class Mail, Overnight Courier, or Hand Delivery</u>**

   **Cosi, Inc.,** *et al.* **-- Ballot Processing**
   **c/o Cozen O'Connor**
   **1201 North Market Street**
   **Wilmington, DE 19801**
   **Attention: Sandi Shidner**

   **<u>If by Electronic Submission</u>**

   **Please email a pdf of your completed Ballot to:**
   **SShidner@cozen.com**
   **Please use the subject heading, "Cosi Ballot"**

4.      To ensure that your vote will count, your Ballot MUST be returned to the Cosi Debtors as provided above so as to be actually received by the Cosi Debtors on or before the Voting Deadline, which is **5:00 p.m. prevailing Eastern Time on June 30, 2022**.

5.      Delivery will be deemed made only when the your Ballot is **<u>actually</u> <u>received</u>**.  Holders should allow sufficient time to assure timely delivery.

6.      If multiple Ballots are received from the same Holder of a General Unsecured Claim with respect to the same General Unsecured Claim prior to the Voting Deadline, the latest dated Ballot timely received will supersede and revoke any earlier received Ballots.

7.      If you vote, you must vote all of your Class 6 Claims(s), for all Debtors, either to accept or reject the Plan, and you may <u>not</u> split your vote, i.e. all claims must be voted consistently.  If the Holder violates the foregoing rule, then the Cosi Debtors may, in their discretion, aggregate the claims of such Holder, either in favor of, or against the Plan, and include the votes in the vote count or not.

8.      This Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Plan and make certifications with respect to the Ballot.  Accordingly, at this time, Holders of Claims should not surrender certificates or instruments representing or evidencing their Claims, and the Cosi Debtors will not accept delivery of any such certificates or instruments surrendered together with a Ballot.

9.      This Ballot does <u>not</u> constitute, and shall not be deemed to be, (a) a Proof of Claim or (b) an assertion or admission of a Claim.

\52243888\6

10.    <u>Please be sure to sign and date your Ballot</u>.  If you are signing a Ballot in your capacity as a trustee, executor, administrator, guardian, attorney in fact, officer of a corporation, or otherwise acting in a fiduciary or representative capacity for the Holder, you must indicate such capacity when signing and, if required or requested by the Cosi Debtors or the Bankruptcy Court, must submit proper evidence to the requesting party to so act on behalf of such Holder.  In addition, please provide your name and mailing address.

**<u>PLEASE RETURN YOUR GENERAL UNSECURED CLAIM BALLOT PROMPTLY</u>**

If you have any questions regarding this Ballot, these voting instructions, or the procedures for voting, please contact counsel for the Cosi Debtors, Simon Fraser, Esq., by telephone at 302-295-2011, or by email at <u>sfraser@cozen.com</u>.

---

**IF THE COSI DEBTORS DO NOT ACTUALLY RECEIVE THIS BALLOT FROM YOU ON OR BEFORE THE VOTING DEADLINE, WHICH IS 5:00 P.M. PREVAILING EASTERN TIME ON JUNE 30, 2022 (AND IF THE VOTING DEADLINE IS NOT EXTENDED), YOUR VOTE TRANSMITTED HEREBY MAY BE COUNTED ONLY IN THE SOLE AND ABSOLUTE DISCRETION OF THE COSI DEBTORS.**

---

\52243888\6